UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 25-MJ-75 |
| : | |
| **ALONZO HINNANT,** : | |
| : | |
| **Defendant.** : | |

### JOINT MOTION TO CONTINUE
### PRELIMINARY HEARING AND EXCLUDE TIME

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and undersigned counsel, respectfully submits this Joint Motion to Continue the Preliminary Hearing and Exclude Time from the Speedy Trial Act calculation. The bases for this motion follow.

1. On May 1, 2025, Defendant was charged by criminal complaint with Possession With Intent to Distribute Cocaine Base and Fentanyl, Possessing a Firearm in Furtherance of a Drug Trafficking Crime, Unlawful Possession of a Stolen Firearm, and Unlawful Possession of a Firearm in a School Zone. (Docket Entry 1).

2. On May 7, 2025, the parties appeared before the Court for a status hearing. Defendant consented to pretrial detention, reserving the ability to move for release at a later date. A preliminary hearing was scheduled for June 9, 2025, and the time between May 7, 2025, and June 9, 2025, was excluded from the Speedy Trial Act calculation. Minute Entry, 5/7/25.

3. The parties have since begun to negotiate a pre-indictment resolution. In order to fully pursue those negotiations, the parties respectfully request that the Court continue the Preliminary Hearing to August 11, 2025. The parties further request that the Court toll the time between June 9,

2025, and August 11, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(a). The time is properly tolled, because the parties will use that time to negotiate a potential resolution of the case.

4.        Undersigned counsel has spoken with Michael E. Lawlor, Esq., counsel for Defendant Alonzo Hinnant, who authorized undersigned counsel to file this joint motion.

                                          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney

                        By:    /s/ *James B. Nelson*
                               JAMES B. NELSON
                               D.C. Bar No. 1613700
                               Assistant United States Attorney
                               Federal Major Crimes Section
                               601 D. Street, N.W.
                               Washington, D.C. 20530
                               (202) 252-6986
                               james.nelson@usdoj.gov